1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10   FRANCIS BERNARD SPENCE,            ) CASE NO. CV 11-9842-DDP (PJW)
                                        )
11              Plaintiff,              )
                                        ) ORDER ACCEPTING REPORT AND
12          v.                          ) ADOPTING FINDINGS, CONCLUSIONS,
                                        ) AND RECOMMENDATIONS OF UNITED
13   LOS ANGELES COUNTY SHERIFF'S       ) STATES MAGISTRATE JUDGE
     DEPARTMENT, et al.,                )
14                                      )
                Defendants.             )
15   _____)

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the

17   Complaint, the records on file, and the Report and Recommendation of

18   the United States Magistrate Judge.  Plaintiff has not filed any

19   Objections to the Report.  The Court accepts the findings and

20   recommendation of the Magistrate Judge.

21

22        DATED:     April 17, 2013

23

24                                   _____

25                                   DEAN D. PREGERSON
                                     UNITED STATES DISTRICT JUDGE
26

27

28