FILED
CLERK, U.S. DISTRICT COURT

MAR 12 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS BERNARD SPENCE,<br><br>   Plaintiff,<br><br>   v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>   Defendants. | Case No. CV 11-9842-DDP (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

JUDGMENT IS HEREBY entered in favor of Defendants and against Plaintiff and the action is dismissed with prejudice.

DATED: March 12, 2014.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\SPENCE 9842\Judgment.wpd